IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Yvonne D. Kirkland | : | No.  22-11012-AMC |
| Debtor | : | |

ANSWER TO MOTION OF U.S. BANK NATIONAL ASSOCIATION,
(TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY)
FOR RELIEF FROM THE AUTOMATIC STAY UNDER SECTION 362
<u>AND CERTIFICATE OF SERVICE</u>

1.   Debtor made a mistake in failing to pay the mortgage and asks for a chance to get caught up by amending her plan.

WHEREFORE, Debtor respectfully requests this Honorable Court deny Movant's Motion for Relief.

<u>/s/ David M. Offen</u>
David M. Offen
Attorney for Debtor

Dated: 10/12/2022

A copy of this Answer is being served on Denise Carlon, Esquire, and the Chapter 13 Trustee.