# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                              Chapter 13

      YVONNE D KIRKLAND                        Bankruptcy No. 22-11012-AMC

      1921 E CAMBRIA STREET

      PHILADELPHIA, PA 19134

      Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes Kenneth E. West, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    YVONNE D KIRKLAND

    1921 E CAMBRIA STREET

    PHILADELPHIA, PA 19134

**Counsel for debtor(s), by electronic notice only.**
    DAVID OFFEN ESQUIRE
    601 WALNUT ST., SUITE 160 WEST

    PHILADELPHIA, PA 19106-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

Date: 10/26/2022                                                              /s/ Kenneth E. West

                                                               _____
                                                               Kenneth E. West, Esquire
                                                               Chapter 13 Standing Trustee