IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                          : Chapter 13

Yvonne D. Kirkland             : Case No. 22-11012-AMC
xxx-xx-6626

        Debtor


ORDER DIRECTING EMPLOYER TO MAKE WAGE DEDUCTION
FOR REMITTANCE TO STANDING TRUSTEE

TO THE DEBTOR'S EMPLOYER:

    The future earnings of the above named Debtor are subject to the
continuing supervision and control of the Court for the purpose of
enforcing and carrying out the Debtor's plan.

    IT IS THEREFORE ORDERED that the Employer of the Debtor shall
deduct from the wages of the Debtor, beginning with the next pay
period after receipt of the Order the sum of

                    $393.75 EVERY WEEK

    The Employer shall continue these deductions until further Order
of this Court and shall remit all monies withheld from the Debtor's
wages at least monthly, or more frequently to the Standing Trustee whose
name and address appear below.

    Any prior wages orders are hereby terminated.


**Date: November 15, 2022**

                                _____
                                HONORABLE ASHELY M. CHAN
        DATED:                  UNITED STATES BANKRUPTCY JUDGE


Make checks payable to:              David M. Offen Esq.
Kenneth E. West, Trustee             Suite 160 West, Curtis Ctr.
P.O. Box 1799                        Philadelphia, PA 19106
Memphis, TN  38101-1799              (215) 625-9600

Payroll Controller
365 Healthcare Service
325 Chestnut Street, Suite 1005
Philadelphia, PA