IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                : Chapter 13

Yvonne D. Kirkland                    : Case No. 22-11012-AMC
xxx-xx-6626

         Debtor

ORDER DIRECTING EMPLOYER TO MAKE WAGE DEDUCTION
FOR REMITTANCE TO STANDING TRUSTEE

TO THE DEBTOR'S EMPLOYER:

The future earnings of the above named Debtor are subject to the continuing supervision and control of the Court for the purpose of enforcing and carrying out the Debtor's plan.

IT IS THEREFORE ORDERED that the Employer of the Debtor shall deduct from the wages of the Debtor, beginning with the next pay period after receipt of the Order the sum of

<u>$105.00 EVERY WEEK</u>

The Employer shall continue these deductions until further Order of this Court and shall remit all monies withheld from the Debtor's wages at least monthly, or more frequently to the Standing Trustee whose name and address appear below.

Any prior wages orders are hereby terminated.

**Date: November 16, 2022**

_____
HONORABLE ASHELY M. CHAN
         DATED:                       UNITED STATES BANKRUPTCY JUDGE

<u>Make checks payable to:</u>           David M. Offen Esq.
Kenneth E. West, Trustee              Suite 160 West, Curtis Ctr.
P.O. Box 1799                         Philadelphia, PA 19106
Memphis, TN  38101-1799               (215) 625-9600

Payroll Controller
365 Healthcare Service
325 Chestnut Street, Suite 1005
Philadelphia, PA