United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-11012-amc |
| Yvonne D Kirkland | Chapter 13 |
| Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 10, 2023 | Form ID: 155 | Total Noticed: 17 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Yvonne D Kirkland, 1921 E. Cambria Street, Philadelphia, PA 19134-3519 |
| 14685186 | + | PGW, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2806 |
| 14685187 | | PHFA, PO Box 8028, Harrisburg, PA 17105-8028 |
| 14686658 | + | U.S. Department of Housing and Urban Development, 100 Penn Square East 11th Floor, Philadelphia, PA 19107-3325 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14688707 | | Email/Text: megan.harper@phila.gov | Jan 11 2023 00:22:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14685181 | | Email/Text: bankruptcy_notifications@ccsusa.com | Jan 11 2023 00:22:00 | Credit Collection Services, P.O. Box 447, Norwood, MA 02062-0447 |
| 14685182 | ^ | MEBN | Jan 11 2023 00:15:45 | KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14687395 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 11 2023 00:22:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14685183 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 11 2023 00:22:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 14685184 | | Email/Text: bankruptcygroup@peco-energy.com | Jan 11 2023 00:22:00 | PECO, PO Box 37629, Philadelphia, PA 19101-0629 |
| 14690972 | + | Email/Text: bankruptcygroup@peco-energy.com | Jan 11 2023 00:22:00 | PECO, 2301 Market Street, 04 NW, Philadelphia, PA 19103-1380 |
| 14685185 | | Email/Text: blegal@phfa.org | Jan 11 2023 00:22:00 | Pennsylvania Housing Finance Agency, Attn: Bankruptcy, Po Box 8029, Harrisburg, PA 17105 |
| 14690513 | ^ | MEBN | Jan 11 2023 00:15:45 | PENNSYLVANIA HOUSING FINANCE AGENCY, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14699726 | + | Email/Text: blegal@phfa.org | Jan 11 2023 00:22:00 | PHFA, 211 North Front Street, Harrisburg, PA 17101-1466 |
| 14699070 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 11 2023 00:33:52 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14685188 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jan 11 2023 00:22:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 14685189 | + | Email/Text: megan.harper@phila.gov | Jan 11 2023 00:22:00 | Water Revenue Bureau, c/o City of Philadelphia Law Depart, Bankruptcy Group, MSB 1401 JFK Blvd, Philadelphia, PA 19102-1663 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 12, 2023              Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| DAVID M. OFFEN | on behalf of Debtor Yvonne D Kirkland dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| LEON P. HALLER | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Yvonne D Kirkland
    Debtor(s)

Chapter: 13

Bankruptcy No: 22−11012−amc

_____

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

    AND NOW, this January 10, 2023 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                         Ashely M. Chan
                                                         Judge ,
                                                         United States Bankruptcy Court

                                                                                    46 − 10
                                                                                    Form 155