# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 22-11012-AMC

YVONNE D KIRKLAND

1921 E CAMBRIA STREET

PHILADELPHIA, PA 19134

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    YVONNE D KIRKLAND

    1921 E CAMBRIA STREET

    PHILADELPHIA, PA 19134

Counsel for debtor(s), by electronic notice only.

    DAVID OFFEN ESQUIRE
    601 WALNUT ST., SUITE 160 WEST

    PHILADELPHIA, PA 19106-

                                /S/ Kenneth E. West

Date: 4/5/2023                          _____

                                        Kenneth E. West, Esquire
                                        Chapter 13 Standing Trustee