United States Bankruptcy Court
Eastern District of Pennsylvania

In re:     Case No. 22-11012-amc
Yvonne D Kirkland     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2
Date Rcvd: May 30, 2023     Form ID: pdf900     Total Noticed: 19

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Yvonne D Kirkland, 1921 E. Cambria Street, Philadelphia, PA 19134-3519 |
| 14685187 | | PHFA, PO Box 8028, Harrisburg, PA 17105-8028 |
| 14686658 | + | U.S. Department of Housing and Urban Development, 100 Penn Square East 11th Floor, Philadelphia, PA 19107-3325 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 31 2023 04:34:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 31 2023 04:34:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14688707 | | Email/Text: megan.harper@phila.gov | May 31 2023 04:34:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14685181 | | Email/Text: bankruptcy_notifications@ccsusa.com | May 31 2023 04:34:00 | Credit Collection Services, P.O. Box 447, Norwood, MA 02062-0447 |
| 14685182 | ^ | MEBN | May 31 2023 04:31:24 | KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14687395 | + | Email/Text: bankruptcydpt@mcmcg.com | May 31 2023 04:34:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14685183 | + | Email/Text: bankruptcydpt@mcmcg.com | May 31 2023 04:34:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 14685184 | | Email/Text: bankruptcygroup@peco-energy.com | May 31 2023 04:34:00 | PECO, PO Box 37629, Philadelphia, PA 19101-0629 |
| 14690972 | + | Email/Text: bankruptcygroup@peco-energy.com | May 31 2023 04:34:00 | PECO, 2301 Market Street, 04 NW, Philadelphia, PA 19103-1380 |
| 14685185 | | Email/Text: blegal@phfa.org | May 31 2023 04:34:00 | Pennsylvania Housing Finance Agency, Attn: Bankruptcy, Po Box 8029, Harrisburg, PA 17105 |
| 14690513 | ^ | MEBN | May 31 2023 04:31:23 | PENNSYLVANIA HOUSING FINANCE AGENCY, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14685186 | ^ | MEBN | May 31 2023 04:31:20 | PGW, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2806 |
| 14699726 | + | Email/Text: blegal@phfa.org | May 31 2023 04:34:00 | PHFA, 211 North Front Street, Harrisburg, PA 17101-1466 |
| 14699070 | + | Email/PDF: ebn_ais@aisinfo.com | | |

Case 22-11012-amc    Doc 57    Filed 06/01/23    Entered 06/02/23 00:36:45    Desc Imaged
Certificate of Notice    Page 2 of 3

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 30, 2023 | Form ID: pdf900 | Total Noticed: 19 |

| | | | | |
|---|---|---|---|---|
| | | | May 31 2023 04:39:18 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14685188 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | May 31 2023 04:34:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 14685189 | + | Email/Text: megan.harper@phila.gov | May 31 2023 04:34:00 | Water Revenue Bureau, c/o City of Philadelphia Law Depart, Bankruptcy Group, MSB 1401 JFK Blvd, Philadelphia, PA 19102-1663 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 01, 2023        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 30, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| DAVID M. OFFEN | on behalf of Debtor Yvonne D Kirkland dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| LEON P. HALLER | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                   Chapter 13
YVONNE D KIRKLAND

                            Debtor                 Bankruptcy No. 22-11012-AMC

# O R D E R

     **AND NOW**, this \_\_\_30th\_\_\_ day of \_\_\_May\_\_\_, 2023, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

     **IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

_____
Honorable Ashely M. Chan
Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
DAVID OFFEN ESQUIRE
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-

Debtor:
YVONNE D KIRKLAND

1921 E CAMBRIA STREET

PHILADELPHIA, PA 19134